UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ZAYAS, et al., | Case No. 24-cv-01837-SK |
| Plaintiffs, | |
| v. | **ORDER OF SUA SPONTE REFERRAL** |
| UNIVERSAL HEALTH SERVICES, INC., et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Yvonne Gonzalez Rogers to determine whether it is related to *Narbaeva v. Fremont Hospital/UHS Inc.*, Case No. 19-cv-07798-YGR.

**IT IS SO ORDERED**.

Dated: April 5, 2024

SALLIE KIM
United States Magistrate Judge